**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William Vincent Conrad<br>        Meredith Haleen Conrad f/k/a<br>Meredith Haleen Specht<br>                Debtor(s) | CHAPTER 13<br><br>BKY. NO. 24-14564 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of CMG Mortgage, Inc. and index same on the master mailing list.

                        Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
27 Dec 2024, 15:36:12, EST

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322