# ARKEMA

Arkema Inc  
900 First Avenue    Building 4  
King of Prussia PA 19406

## Earnings Statement

| | |
|---|---|
| Page | 001 of 002 |
| Empl ID | 000018441 |
| Period Beginning: | 10/06/2024 |
| Period Ending: | 10/19/2024 |
| Advice Date: | 10/25/2024 |
| Advice Number: | 0184410363 |
| Batch Number: | 000000000151 |

**William V CONRAD**  
**32 PARK RD**  
**WYOMISSING, PA 19609**

**For inquiries on this statement please call: 610-205-7000**  
Total Hours Worked:    105.70  
Basis of Pay:    Un D Hrly  
Pay Rate:    32.96

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Shift 2 | 33.71 | 40.00 | 1,348.40 | 14,571.46 |
| Sh 2 1.5 | 50.57 | 21.02 | 1,063.00 | 6,752.54 |
| Regular | 32.96 | 16.00 | 527.36 | 20,072.35 |
| Regular | 32.29 | 16.00 | 516.64 | 0.00 |
| OT 1.5 | 49.44 | 8.34 | 412.32 | 3,597.21 |
| OT 1.5 | 48.44 | 4.34 | 210.22 | 0.00 |
| Holiday | | | | 1,508.16 |
| Vac pay | | | | 2,274.56 |
| Personal | | | | 752.48 |
| OT 2.0 | | | | 499.19 |
| Shift 3 | | | | 15,027.88 |
| Sh 3 2.0 | | | | 1,620.56 |
| Sh 3 1.5 | | | | 2,480.81 |
| SpecAwrd | | | | 1,050.00 |
| **Gross Pay** | | | **4,077.94** | **70,207.20** |
| Group Insurance - Imputed | | | 0.52 | 11.40 |
| **Total Earnings** | | | **4,078.46** | **70,218.60** |

| Taxes | | | | |
|---|---|---|---|---|
| FED Withholding Tax | | | 40.00- | 1,111.00- |
| Social Security Tax | | | 231.09- | 3,874.56- |
| Medicare Tax | | | 54.05- | 906.15- |
| PA Withholding Tax | | | 114.56- | 1,921.52- |
| PA Unemployment Tax | | | 2.85- | 49.15- |
| TX LST Berks/Exeter Township | | | 2.00- | 44.00- |
| W/H Berks/Wyomissing Wyomissing | | | 37.32- | 625.90- |
| **Taxes Total** | | | **481.87-** | **8,532.28-** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Post-Tax Deductions** | | |
| Optional EE Life | 3.17- | 69.68- |
| Spouse Life after | 1.38- | 30.36- |
| LTD EE after-tax | 7.23- | 158.91- |
| Child Life after- | 0.63- | 13.86- |
| Union Dues Adjust | 40.50- | 769.00- |
| 401K Loan Deducti | 44.75- | 984.50- |
| **Post-Tax Total** | **97.66-** | **2,026.31-** |
| **Earnings To Net Summary** | | |
| Gross Pay | 4,077.94 | 70,207.20 |
| Pre-tax Ded | 432.73- | 7,807.20- |
| Taxes | 481.87- | 8,532.28- |
| Post-tax Ded | 97.66- | 2,026.31- |
| **Net Pay** | **3,065.68** | **51,841.41** |
| **Other Benefits** | | |
| Fidelity Union ER | 81.56 | 81.56 |
| 401k union 5% ER | | 1,868.18 |
| Union True Up | | 422.38 |
| **Taxable earnings summary** | | |
| Federal | 3,645.73 | 62,411.40 |
| Social Security | 3,727.29 | 62,492.96 |
| Medicare | 3,727.29 | 62,492.96 |
| PA W/H State | 3,731.70 | 62,589.92 |
| PA SUI State | 4,078.46- | 70,218.60 |
| TX LST Berks/Exet | 3,731.70- | 61,539.92 |
| W/H Berks/Wyomiss | 3,731.70 | 62,589.92 |

© 2002 AutomaticData Processing (PCSUVO)

---

# ARKEMA

Arkema Inc  
900 First Avenue    Building 4  
King of Prussia PA 19406

Advice Number:    0184410363  
Advice Date:    10/25/2024

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| William V CONRAD | Checking XXXXX8661 | 3065.68 |

# ARKEMA

## Earnings Statement

Page 002 of 002

*Arkema Inc*
*900 First Avenue  Building 4*
*King of Prussia  PA  19406*

| | |
|---|---|
| Period Beginning: | 10/06/2024 |
| Period Ending: | 10/19/2024 |
| Advice Date: | 10/25/2024 |
| Advice Number: | 0184410363 |
| Batch Number: | 000000000151 |

WILLIAM  V  CONRAD
32 PARK RD
WYOMISSING,    PA  19609

For inquiries on this statement please call: 610-205-7000

Total Hours Worked:     105.70
Basis of Pay:           Un D Hrly
Pay Rate:               32.96

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| **Pre-Tax Deductions** | | | | |
| Medical EE pre-tax | | | 320.31- | 7,046.82- |
| Dental EE pre-tax | | | 18.46- | 406.12- |
| Vision EE pre-tax | | | 7.47- | 164.34- |
| Opt EE AD&D pre-tax | | | 4.93- | 108.36- |
| Fidelity Union EE pre-tax | | | 81.56- | 81.56- |
| **Pre-Tax Deductions Total** | | | **432.73-** | **7,807.20-** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|

© 2002 AutomaticData Processing (PCSUVO)

# ARKEMA


THIS IS NOT A CHECK

# Earnings Statement

**ARKEMA**

Arkema Inc
900 First Avenue   Building 4
King of Prussia PA 19406

Page 001 of 002
Empl ID: 000018441
Period Beginning: 10/20/2024
Period Ending: 11/02/2024
Advice Date: 11/08/2024
Advice Number: 0184410364
Batch Number: 000000000153

William V CONRAD
32 PARK RD
WYOMISSING, PA 19609

**For inquiries on this statement please call: 610-205-7000**
Total Hours Worked:    101.39
Basis of Pay:    Un D Hrly
Pay Rate:    32.96

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Shift 3 | 33.96 | 55.83 | 1,895.99 | 16,923.87 |
| Sh 3 1.5 | 50.94 | 13.35 | 680.05 | 3,160.86 |
| Regular | 32.96 | 15.87 | 523.08 | 20,595.43 |
| Sh 2 1.5 | 50.57 | 8.17 | 413.16 | 7,165.70 |
| Shift 2 | 33.71 | 8.00 | 269.68 | 14,841.14 |
| OT 1.5 | 49.44 | 0.17 | 8.40 | 3,605.61 |
| Holiday | | | | 1,508.16 |
| Vac pay | | | | 2,274.56 |
| Personal | | | | 752.48 |
| OT 2.0 | | | | 499.19 |
| Sh 3 2.0 | | | | 1,620.56 |
| SpecAwrd | | | | 1,050.00 |
| **Gross Pay** | | | **3,790.36** | **73,997.56** |
| Group Insurance - Imputed | | | 0.52 | 11.92 |
| **Total Earnings** | | | **3,790.88** | **74,009.48** |

**Taxes**

| | | This Period | Year-to-Date |
|---|---|---|---|
| FED Withholding Tax | | 40.00- | 1,151.00- |
| Social Security Tax | | 213.27- | 4,087.83- |
| Medicare Tax | | 49.87- | 956.02- |
| PA Withholding Tax | | 105.73- | 2,027.25- |
| PA Unemployment Tax | | 2.66- | 51.81- |
| TX LST Berks/Exeter Township | | 2.00- | 46.00- |
| W/H Berks/Wyomissing Wyomissing | | 34.44- | 660.34- |
| **Taxes Total** | | **447.97-** | **8,980.25-** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Post-Tax Deductions** | | |
| Optional EE Life | 3.17- | 72.85- |
| Spouse Life after | 1.38- | 31.74- |
| LTD EE after-tax | 7.23- | 166.14- |
| Child Life after- | 0.63- | 14.49- |
| Union Dues Adjust | 40.50- | 809.50- |
| 401K Loan Deducti | 44.75- | 1,029.25- |
| **Post-Tax Total** | **97.66-** | **2,123.97-** |

**Earnings To Net Summary**

| | This Period | Year-to-Date |
|---|---|---|
| Gross Pay | 3,790.36 | 73,997.56 |
| Pre-tax Ded | 426.98- | 8,234.18- |
| Taxes | 447.97- | 8,980.25- |
| Post-tax Ded | 97.66- | 2,123.97- |
| **Net Pay** | **2,817.75** | **54,659.16** |

**Other Benefits**

| | This Period | Year-to-Date |
|---|---|---|
| Fidelity Union ER | 75.81 | 157.37 |
| 401k union 5% ER | | 1,868.18 |
| Union True Up | | 422.38 |

**Taxable earnings summary**

| | This Period | Year-to-Date |
|---|---|---|
| Federal | 3,363.90 | 65,775.30 |
| Social Security | 3,439.71 | 65,932.67 |
| Medicare | 3,439.71 | 65,932.67 |
| PA W/H State | 3,444.12 | 66,034.04 |
| PA SUI State | 3,790.88- | 74,009.48 |
| TX LST Berks/Exet | 3,444.12- | 64,984.04 |
| W/H Berks/Wyomiss | 3,444.12 | 66,034.04 |

© 2002 AutomaticData Processing (PCSUVO)

---

**ARKEMA**

Arkema Inc
900 First Avenue   Building 4
King of Prussia PA 19406

Advice Number: 0184410364
Advice Date: 11/08/2024

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| William V CONRAD | Checking XXXXX8661 | 2817.75 |

# ARKEMA

**Earnings Statement**

Page 002 of 002

*Arkema Inc*
*900 First Avenue   Building 4*
*King of Prussia  PA  19406*

Period Beginning: 10/20/2024
Period Ending: 11/02/2024
Advice Date: 11/08/2024
Advice Number: 0184410364
Batch Number: 000000000153

**William V CONRAD**
**32 PARK RD**
**WYOMISSING,  PA  19609**

**For inquiries on this statement please call: 610-205-7000**

Total Hours Worked:     101.39
Basis of Pay:           Un D Hrly
Pay Rate:               32.96

| Earnings | Rate | Hours | This Period | Year-to-Date | Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|---|---|---|---|---|
| **Pre-Tax Deductions** | | | | | | | |
| Medical EE pre-tax | | | 320.31- | 7,367.13- | | | |
| Dental EE pre-tax | | | 18.46- | 424.58- | | | |
| Vision EE pre-tax | | | 7.47- | 171.81- | | | |
| Opt EE AD&D pre-tax | | | 4.93- | 113.29- | | | |
| Fidelity Union EE pre-tax | | | 75.81- | 157.37- | | | |
| **Pre-Tax Deductions Total** | | | **426.98-** | **8,234.18-** | | | |

© 2002 AutomaticData Processing (PCSUVO)

# ARKEMA



THIS IS NOT A CHECK

# ARKEMA

**Earnings Statement**

*Arkema Inc*
*900 First Avenue  Building 4*
*King of Prussia  PA  19406*

| | |
|---|---|
| Page 001 of 002 | |
| Empl ID | 000018441 |
| Period Beginning: | 11/03/2024 |
| Period Ending: | 11/16/2024 |
| Advice Date: | 11/22/2024 |
| Advice Number: | 0184410365 |
| Batch Number: | 000000000156 |

**William V CONRAD**
**32 PARK RD**
**WYOMISSING,   PA  19609**

**For inquiries on this statement please call: 610-205-7000**
Total Hours Worked:       97.87
Basis of Pay:       Un D Hrly
Pay Rate:       32.96

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Shift 2 | 33.71 | 40.00 | 1,348.40 | 16,189.54 |
| Regular | 32.96 | 40.00 | 1,318.40 | 21,913.83 |
| Sh 2 1.5 | 50.57 | 17.02 | 860.72 | 8,026.42 |
| OT 1.5 | 49.44 | 0.85 | 42.00 | 3,647.61 |
| Holiday | | | | 1,508.16 |
| Vac pay | | | | 2,274.56 |
| Personal | | | | 752.48 |
| OT 2.0 | | | | 499.19 |
| Shift 3 | | | | 16,923.87 |
| Sh 3 2.0 | | | | 1,620.56 |
| Sh 3 1.5 | | | | 3,160.86 |
| SpecAwrd | | | | 1,050.00 |
| **Gross Pay** | | | **3,569.52** | **77,567.08** |
| Group Insurance - Imputed | | | 0.52 | 12.44 |
| **Total Earnings** | | | **3,570.04** | **77,579.52** |

| Taxes | | | | |
|---|---|---|---|---|
| FED Withholding Tax | | | 40.00- | 1,191.00- |
| Social Security Tax | | | 199.57- | 4,287.40- |
| Medicare Tax | | | 46.68- | 1,002.70- |
| PA Withholding Tax | | | 98.95- | 2,126.20- |
| PA Unemployment Tax | | | 2.50- | 54.31- |
| TX LST Berks/Exeter Township | | | 2.00- | 48.00- |
| W/H Berks/Wyomissing  Wyomissing | | | 32.23- | 692.57- |
| **Taxes Total** | | | **421.93-** | **9,402.18-** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Post-Tax Deductions** | | |
| Optional EE Life | 3.17- | 76.02- |
| Spouse Life after | 1.38- | 33.12- |
| LTD EE  after-tax | 7.23- | 173.37- |
| Child Life after- | 0.63- | 15.12- |
| Union Dues Adjust | 40.50- | 850.00- |
| 401K Loan Deducti | 44.75- | 1,074.00- |
| **Post-Tax Total** | **97.66-** | **2,221.63-** |
| **Earnings To Net Summary** | | |
| Gross Pay | 3,569.52 | 77,567.08 |
| Pre-tax Ded | 422.56- | 8,656.74- |
| Taxes | 421.93- | 9,402.18- |
| Post-tax Ded | 97.66- | 2,221.63- |
| **Net Pay** | **2,627.37** | **57,286.53** |
| **Other Benefits** | | |
| Fidelity Union ER | 71.39 | 228.76 |
| 401k union 5% ER | | 1,868.18 |
| Union True Up | | 422.38 |
| **Taxable earnings summary** | | |
| Federal | 3,147.48 | 68,922.78 |
| Social Security | 3,218.87 | 69,151.54 |
| Medicare | 3,218.87 | 69,151.54 |
| PA W/H State | 3,223.28 | 69,257.32 |
| PA SUI State | 3,570.04- | 77,579.52 |
| TX LST Berks/Exet | 3,223.28- | 68,207.32 |
| W/H Berks/Wyomiss | 3,223.28 | 69,257.32 |

© 2002 AutomaticData Processing (PCSUVO)

---

# ARKEMA

*Arkema Inc*
*900 First Avenue  Building 4*
*King of Prussia  PA  19406*

Advice Number:     0184410365
Advice Date:     11/22/2024

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| William V CONRAD | Checking    XXXXX8661 | 2627.37 |

# ARKEMA

## Earnings Statement

Page 002 of 002

*Arkema Inc*
*900 First Avenue   Building 4*
*King of Prussia  PA  19406*

Period Beginning:  11/03/2024
Period Ending:     11/16/2024
Advice Date:       11/22/2024
Advice Number:     0184410365
Batch Number:      000000000156

**William V CONRAD**
**32 PARK RD**
**WYOMISSING,   PA  19609**

**For inquiries on this statement please call: 610-205-7000**

Total Hours Worked:     97.87
Basis of Pay:           Un D Hrly
Pay Rate:               32.96

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| **Pre-Tax Deductions** | | | | |
| Medical EE pre-tax | | | 320.31- | 7,687.44- |
| Dental EE pre-tax | | | 18.46- | 443.04- |
| Vision EE pre-tax | | | 7.47- | 179.28- |
| Opt EE AD&D pre-tax | | | 4.93- | 118.22- |
| Fidelity Union EE pre-tax | | | 71.39- | 228.76- |
| **Pre-Tax Deductions Total** | | | **422.56-** | **8,656.74-** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|

© 2002 AutomaticData Processing (PCSUVO)

# ARKEMA



THIS IS NOT A CHECK

# ARKEMA

**Earnings Statement**

*Arkema Inc*
*900 First Avenue  Building 4*
*King of Prussia  PA 19406*

Page 001 of 002
Empl ID              000018441
Period Beginning:    11/17/2024
Period Ending:       11/30/2024
Advice Date:         12/06/2024
Advice Number:       0184410366
Batch Number:        000000000158

**William V CONRAD**
**32 PARK RD**
**WYOMISSING,  PA 19609**

**For inquiries on this statement please call: 610-205-7000**
Total Hours Worked:      69.36
Basis of Pay:            Un D Hrly
Pay Rate:                32.96

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 32.96 | 64.00 | 2,109.44 | 24,023.27 |
| Holiday | 32.96 | 16.00 | 527.36 | 2,035.52 |
| OT 1.5 | 49.44 | 5.36 | 264.96 | 3,912.57 |
| Vac pay | | | | 2,274.56 |
| Personal | | | | 752.48 |
| OT 2.0 | | | | 499.19 |
| Shift 2 | | | | 16,189.54 |
| Shift 3 | | | | 16,923.87 |
| Sh 2 1.5 | | | | 8,026.42 |
| Sh 3 2.0 | | | | 1,620.56 |
| Sh 3 1.5 | | | | 3,160.86 |
| SpecAwrd | | | | 1,050.00 |
| **Gross Pay** | | | **2,901.76** | **80,468.84** |
| Group Insurance - Imputed | | | 0.52 | 12.96 |
| **Total Earnings** | | | **2,902.28** | **80,481.80** |

| Taxes | | This Period | Year-to-Date |
|---|---|---|---|
| FED Withholding Tax | | 40.00- | 1,231.00- |
| Social Security Tax | | 158.16- | 4,445.56- |
| Medicare Tax | | 36.99- | 1,039.69- |
| PA Withholding Tax | | 78.45- | 2,204.65- |
| PA Unemployment Tax | | 2.03- | 56.34- |
| TX LST Berks/Exeter Township | | 2.00- | 50.00- |
| W/H Berks/Wyomissing Wyomissing | | 25.56- | 718.13- |
| **Taxes Total** | | **343.19-** | **9,745.37-** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Post-Tax Deductions** | | |
| Optional EE Life | 3.17- | 79.19- |
| Spouse Life after | 1.38- | 34.50- |
| LTD EE after-tax | 7.23- | 180.60- |
| Child Life after- | 0.63- | 15.75- |
| Union Dues Adjust | 40.50- | 890.50- |
| 401K Loan Deducti | 44.75- | 1,118.75- |
| **Post-Tax Total** | **97.66-** | **2,319.29-** |

| Earnings To Net Summary | This Period | Year-to-Date |
|---|---|---|
| Gross Pay | 2,901.76 | 80,468.84 |
| Pre-tax Ded | 409.21- | 9,065.95- |
| Taxes | 343.19- | 9,745.37- |
| Post-tax Ded | 97.66- | 2,319.29- |
| **Net Pay** | **2,051.70** | **59,338.23** |

| Other Benefits | This Period | Year-to-Date |
|---|---|---|
| Fidelity Union ER | 58.04 | 286.80 |
| 401k union 5% ER | | 1,868.18 |
| Union True Up | | 422.38 |

| Taxable earnings summary | This Period | Year-to-Date |
|---|---|---|
| Federal | 2,493.07 | 71,415.85 |
| Social Security | 2,551.11 | 71,702.65 |
| Medicare | 2,551.11 | 71,702.65 |
| PA W/H State | 2,555.52 | 71,812.84 |
| PA SUI State | 2,902.28- | 80,481.80 |
| TX LST Berks/Exet | 2,555.52- | 70,762.84 |
| W/H Berks/Wyomiss | 2,555.52 | 71,812.84 |

© 2002 AutomaticData Processing (PCSUVO)

---

# ARKEMA

**Arkema Inc**
**900 First Avenue  Building 4**
**King of Prussia  PA 19406**

Advice Number:    0184410366
Advice Date:      12/06/2024

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| William V CONRAD | Checking   XXXXX8661 | 2051.70 |

# ARKEMA

**Earnings Statement**

Page 002 of 002

*Arkema Inc*
*900 First Avenue   Building 4*
*King of Prussia   PA   19406*

| | |
|---|---|
| Period Beginning: | 11/17/2024 |
| Period Ending: | 11/30/2024 |
| Advice Date: | 12/06/2024 |
| Advice Number: | 0184410366 |
| Batch Number: | 000000000158 |

**William V CONRAD**
**32 PARK RD**
**WYOMISSING, PA 19609**

**For inquiries on this statement please call: 610-205-7000**

Total Hours Worked:   69.36
Basis of Pay:   Un D Hrly
Pay Rate:   32.96

| Earnings | Rate | Hours | This Period | Year-to-Date | | Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|---|---|---|---|---|---|
| **Pre-Tax Deductions** | | | | | | | | |
| Medical EE pre-tax | | | 320.31- | 8,007.75- | | | | |
| Dental EE pre-tax | | | 18.46- | 461.50- | | | | |
| Vision EE pre-tax | | | 7.47- | 186.75- | | | | |
| Opt EE AD&D pre-tax | | | 4.93- | 123.15- | | | | |
| Fidelity Union EE pre-tax | | | 58.04- | 286.80- | | | | |
| **Pre-Tax Deductions Total** | | | **409.21-** | **9,065.95-** | | | | |

© 2002 AutomaticData Processing (PCSUVO)

# ARKEMA



THIS IS NOT A CHECK

# ARKEMA

**Earnings Statement**

*Arkema Inc*
*900 First Avenue   Building 4*
*King of Prussia PA 19406*

Page 001 of 002
Empl ID: 000018441
Period Beginning: 12/01/2024
Period Ending: 12/14/2024
Advice Date: 12/20/2024
Advice Number: 0184410367
Batch Number: 000000000161

**William V CONRAD**
**32 PARK RD**
**WYOMISSING,  PA 19609**

**For inquiries on this statement please call: 610-205-7000**

Total Hours Worked:   104.12
Basis of Pay:   Un D Hrly
Pay Rate:   32.96

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Shift 2 | 33.71 | 40.00 | 1,348.40 | 17,537.94 |
| Regular | 32.96 | 40.00 | 1,318.40 | 25,341.67 |
| Sh 2 1.5 | 50.57 | 14.02 | 709.01 | 8,735.43 |
| Sh 2 2.0 | 67.42 | 8.17 | 550.82 | 550.82 |
| OT 1.5 | 49.44 | 1.93 | 95.40 | 4,007.97 |
| Holiday | | | | 2,035.52 |
| Vac pay | | | | 2,274.56 |
| Personal | | | | 752.48 |
| OT 2.0 | | | | 499.19 |
| Shift 3 | | | | 16,923.87 |
| Sh 3 2.0 | | | | 1,620.56 |
| Sh 3 1.5 | | | | 3,160.86 |
| SpecAwrd | | | | 1,050.00 |
| **Gross Pay** | | | **4,022.03** | **84,490.87** |
| Group Insurance - Imputed | | | 0.52 | 13.48 |
| **Total Earnings** | | | **4,022.55** | **84,504.35** |

| Taxes | | | This Period | Year-to-Date |
|---|---|---|---|---|
| FED Withholding Tax | | | 40.00- | 1,271.00- |
| Social Security Tax | | | 227.63- | 4,673.19- |
| Medicare Tax | | | 53.23- | 1,092.92- |
| PA Withholding Tax | | | 112.85- | 2,317.50- |
| PA Unemployment Tax | | | 2.81- | 59.15- |
| TX LST Berks/Exeter Township | | | 2.00- | 52.00- |
| W/H Berks/Wyomissing Wyomissing | | | 36.76- | 754.89- |
| **Taxes Total** | | | **475.28-** | **10,220.65-** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| **Post-Tax Deductions** | | |
| Optional EE Life | 3.17- | 82.36- |
| Spouse Life after | 1.38- | 35.88- |
| LTD EE after-tax | 7.23- | 187.83- |
| Child Life after- | 0.63- | 16.38- |
| Union Dues Adjust | 41.50- | 932.00- |
| 401K Loan Deducti | 44.75- | 1,163.50- |
| **Post-Tax Total** | **98.66-** | **2,417.95-** |
| **Earnings To Net Summary** | | |
| Gross Pay | 4,022.03 | 84,490.87 |
| Pre-tax Ded | 431.61- | 9,497.56- |
| Taxes | 475.28- | 10,220.65- |
| Post-tax Ded | 98.66- | 2,417.95- |
| **Net Pay** | **3,016.48** | **62,354.71** |
| **Other Benefits** | | |
| Fidelity Union ER | 80.44 | 367.24 |
| 401k union 5% ER | 2,356.36 | 4,224.54 |
| Union True Up | | 422.38 |
| **Taxable earnings summary** | | |
| Federal | 3,590.94 | 75,006.79 |
| Social Security | 3,671.38 | 75,374.03 |
| Medicare | 3,671.38 | 75,374.03 |
| PA W/H State | 3,675.79 | 75,488.63 |
| PA SUI State | 4,022.55- | 84,504.35 |
| TX LST Berks/Exet | 3,675.79- | 74,438.63 |
| W/H Berks/Wyomiss | 3,675.79 | 75,488.63 |

© 2002 AutomaticData Processing (PCSUVO)

---

# ARKEMA

*Arkema Inc*
*900 First Avenue   Building 4*
*King of Prussia PA 19406*

Advice Number:   0184410367
Advice Date:   12/20/2024



| Deposited to the account of | Account Number | Amount |
|---|---|---|
| William V CONRAD | Checking   XXXXX8661 | 3016.48 |

**ARKEMA**

Earnings Statement

Page 002 of 002

*Arkema Inc*
*900 First Avenue   Building 4*
*King of Prussia  PA 19406*

Period Beginning:   12/01/2024
Period Ending:      12/14/2024
Advice Date:        12/20/2024
Advice Number:      0184410367
Batch Number:       000000000161

William V CONRAD
32 PARK RD
WYOMISSING, PA 19609

**For inquiries on this statement please call: 610-205-7000**

Total Hours Worked:    104.12
Basis of Pay:          Un D Hrly
Pay Rate:              32.96

| Earnings | Rate | Hours | This Period | Year-to-Date | Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|---|---|---|---|---|
| **Pre-Tax Deductions** | | | | | | | |
| Medical EE pre-tax | | | 320.31- | 8,328.06- | | | |
| Dental EE pre-tax | | | 18.46- | 479.96- | | | |
| Vision EE pre-tax | | | 7.47- | 194.22- | | | |
| Opt EE AD&D pre-tax | | | 4.93- | 128.08- | | | |
| Fidelity Union EE pre-tax | | | 80.44- | 367.24- | | | |
| **Pre-Tax Deductions Total** | | | **431.61-** | **9,497.56-** | | | |

© 2002 AutomaticData Processing (PCSUVO)

**ARKEMA**



THIS IS NOT A CHECK