# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **William Vincent Conrad**
**Meredith Haleen Conrad**
Debtor(s)

Case No. **24-14564**
Chapter **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **William Vincent Conrad**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I, **Meredith Haleen Conrad**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

■ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because **1099 Income**

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **November 26, 2024**    Signature _/s/ William Vincent Conrad_
William Vincent Conrad
Debtor

Date **November 26, 2024**    Signature _/s/ Meredith H. Conrad_
Meredith Haleen Conrad
Joint Debtor