Certificate Number: 05781-PAE-DE-039442187

Bankruptcy Case Number: 24-14564



05781-PAE-DE-039442187

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 14, 2025, at 9:31 o'clock AM PDT, William Conrad completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 14, 2025　　　　　　　　　By:   /s/Allison M Geving　　　　

　　　　　　　　　　　　　　　　　　　Name:   Allison M Geving　　　　

　　　　　　　　　　　　　　　　　　　Title:   President