UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    William Vincent Conrad<br>    Meredith Haleen Conrad<br><br>    Debtors | Chapter 13<br>Bankruptcy No.24-14564-PMM |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 1st day of April, 2025, by first class mail upon those listed below:

William Vincent Conrad
Meredith Haleen Conrad
32 Park Road
Reading, PA  19609

**Electronically via CM/ECF System Only:**

ROSS, QUINN & PLOPPERT, P.C.
192 S. HANOVER STREET, SUITE 101
POTTSTOWN, PA  19464

 

*/s/ Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee