**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** William Vincent Conrad | : | Chapter 13 |
| and Meredith Haleen Conrad, | : | |
| Debtors | : | Bky. No.: 24-14564-pmm |

**CERTIFICATION OF SERVICE**

I, Joseph Quinn, Esquire, attorney for Debtor, certify that on April 1, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all paties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: April 1, 2025          By:    /s/ Joseph Quinn
                                    Joseph Quinn, Esquire
                                    Attorney I.D. No. 307467
                                    **ROSS, QUINN & PLOPPERT, P.C.**
                                    192 S. Hanover Street, Suite 101
                                    Pottstown, PA 19464
                                    T: 610.323.5300
                                    JQuinn@rqplaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

Jasmine Ramirez, Auth. Agent
U.S. Department of Housing
and Urban Development
801 Market Street
Philadelphia PA 19107
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail:    ☐ e-mail:
        ☐ Other:

Rohan Pardeshi, Auth. Agent
Capital One Auto Finance,
a division of Capital One, N.A.,
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Creditor
Via:    ☐ CM/ECF    ☐ 1st Class Mail    ☒ Certified Mail: 9589 0710 5270 2409 1920 48
        ☐ e-mail:    ☐ Other:

Denise Elizabeth Carlon, Esquire
bkgroup@kmllawgroup.com
Attorney for CMG Mortgage, Inc.
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Scott F. Waterman, Esquire
ECFMail@ReadingCh13.com
Standing Chapter 13 Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
United States Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other: