**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  William Vincent Conrad<br>Meredith Haleen Conrad f/k/a Meredith Haleen Specht<br><br>Debtor(s)<br><br>CMG Mortgage, Inc., its successors and/or assigns<br>Movant<br>vs.<br><br>William Vincent Conrad<br>Meredith Haleen Conrad f/k/a Meredith Haleen Specht<br>Debtor(s)<br><br>Scott F. Waterman<br>Trustee | CHAPTER 13<br><br><br><br>NO. 24-14564 PMM |

**PRAECIPE TO WITHDRAW**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of CMG Mortgage, Inc., which was filed with the
Court on or about January10, 2025.

Dated: April 17, 2025

Respectfully submitted,

/s/ J. Eric Kisnbaugh
J. Eric Kisnbaugh, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
dcarlon@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: William Vincent Conrad**<br>**Meredith Haleen Conrad f/k/a Meredith**<br>**Haleen Specht** | **BK NO. 24-14564 PMM** |
| | **Chapter 13** |
| **Debtor(s)** | **Related to Claim No. 27** |
| **CMG Mortgage, Inc.** | |
| **Movant** | |
| **vs.** | |
| **William Vincent Conrad**<br>**Meredith Haleen Conrad f/k/a Meredith**<br>**Haleen Specht** | |
| **Debtor(s)** | |
| **Scott F. Waterman** | |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I, J. Eric Kisnbaugh, certify that on 4/17/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 4/17/2025

**/s/ J. Eric Kisnbaugh**
J. Eric Kisnbaugh, Esquire
Attorney I.D. 33078
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Meredith Haleen Conrad f/k/a Meredith Haleen Specht<br>32 Park Road<br>Reading, PA 19609<br><br>William Vincent Conrad<br>32 Park Road<br>Reading, PA 19609 | Debtors | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Joseph L. Quinn<br>Ross, Quinn & Ploppert, P.C.<br>192 South Hanover Street<br>Suite 101<br>Pottstown, PA 19464 | Attorney for Debtors | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |