United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 24-14564-pmm
William Vincent Conrad  Chapter 13
Meredith Haleen Conrad
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 4
Date Rcvd: Jun 12, 2025     Form ID: 155     Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Vincent Conrad, Meredith Haleen Conrad, 32 Park Road, Reading, PA 19609-1756 |
| 14962859 | + | CMG Financial, Attn: Bankruptcy, 3160 Crow Canyon Rd, Ste 400, San Ramon, CA 94583-1382 |
| 14964037 | + | CMG Mortgage, Inc., Denise Carlon,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14981251 | + | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 12614, Norfolk, VA 23541-0614 |
| 14973632 | | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 14962873 | + | Tongo, 401 Park Avenue, New York, NY 10016-8808 |
| 14963681 | + | U.S. Department of Housing and Urban Development, 2000 N Classen Blvd Suite 3200, Oklahoma City, OK 73106-6034 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14962855 | + | Email/Text: bnc-capio@quantum3group.com | Jun 13 2025 00:24:00 | AssetCare, Attn: Bankruptcy, 3400 Texoma Parkway, Suite 300, Sherman, TX 75090-1916 |
| 14981228 | | Email/Text: BKelectronicnotices@cenlar.com | Jun 13 2025 00:24:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14963818 | ^ | MEBN | Jun 13 2025 00:19:10 | CMG Mortgage, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14962856 | + | Email/Text: bnc-capio@quantum3group.com | Jun 13 2025 00:24:00 | Capio Partners, LLC, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14962857 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2025 00:41:35 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14962858 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 13 2025 00:30:14 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14963623 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2025 00:30:21 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14963778 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2025 00:30:54 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14977401 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2025 00:30:31 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14977704 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2025 00:29:37 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston TX 77210-4360 |
| 14964985 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2025 00:42:50 | Capital One N.A. by AIS InfoSource LP as agent, PO Box 71083, Charlotte NC 28272-1083 |

Case 24-14564-pmm    Doc 29    Filed 06/14/25    Entered 06/15/25 00:36:50    Desc Imaged
Certificate of Notice    Page 2 of 5

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 4 |
| Date Rcvd: Jun 12, 2025 | Form ID: 155 | Total Noticed: 51 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14964405 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2025 00:41:44 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14962860 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 13 2025 00:24:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14973328 | + | Email/Text: mrdiscen@discover.com | Jun 13 2025 00:23:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 14962861 | + | Email/Text: mrdiscen@discover.com | Jun 13 2025 00:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14962862 | | Email/Text: operations@empower.me | Jun 13 2025 00:24:00 | Empower Cash Advance, Attn: Bankruptcy, 660 York St Ste 102, San Francisco, CA 94110 |
| 14970005 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 13 2025 00:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14962863 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 13 2025 00:42:04 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 14966105 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 00:29:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14962864 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 00:30:19 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14962866 | | Email/Text: EBN@Mohela.com | Jun 13 2025 00:24:00 | Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14962867 | | Email/Text: EBN@Mohela.com | Jun 13 2025 00:24:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14969336 | | Email/Text: EBN@Mohela.com | Jun 13 2025 00:24:00 | US Department of Education/MOHELA, 633 Spirit Drive, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14980512 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2025 00:24:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14962865 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2025 00:24:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14968919 | + | Email/PDF: cbp@omf.com | Jun 13 2025 00:31:02 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14962868 | + | Email/PDF: cbp@omf.com | Jun 13 2025 00:30:42 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14980964 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2025 00:30:52 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 12914, Norfolk, VA 23541 |
| 14962869 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2025 00:29:26 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14980643 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2025 00:41:56 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14972118 | | Email/Text: bnc-quantum@quantum3group.com | Jun 13 2025 00:24:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14971927 | | Email/Text: bnc-quantum@quantum3group.com | Jun 13 2025 00:24:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14983717 | | Email/Text: bnc-quantum@quantum3group.com | Jun 13 2025 00:24:00 | Quantum3 Group LLC as agent for CF Medical LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14979563 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 00:29:38 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14973908 | | Email/Text: bncmail@w-legal.com | Jun 13 2025 00:24:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., P.O. |

Case 24-14564-pmm    Doc 29    Filed 06/14/25    Entered 06/15/25 00:36:50    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: 155 | Total Noticed: 51 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14973648 | + | Email/Text: bncmail@w-legal.com | Jun 13 2025 00:24:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 14962870 | ^ | MEBN | Jun 13 2025 00:19:34 | Sunbit Financial, Attn: Bankruptcy, 10880 Wilshire Blv Suite 870, Los Angeles, CA 90024-4109 |
| 14962871 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2025 00:29:17 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14974564 | | Email/Text: bncmail@w-legal.com | Jun 13 2025 00:24:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14962872 | + | Email/Text: bncmail@w-legal.com | Jun 13 2025 00:24:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14962874 | + | Email/Text: legal@tuckeralbin.com | Jun 13 2025 00:24:00 | Tucker Albin & Associates, Inc., 1702 Collins Blvd, Suite 100, Richardson, TX 75080-3662 |
| 14963497 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 13 2025 00:41:48 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 14969446 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 13 2025 00:24:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14969881 | ^ | MEBN | Jun 13 2025 00:19:38 | US Department of Education/MOHELA, PO Box 790453, St Louis, MO 63179-0453 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14970006 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14980860 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 14, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0313-4 | User: admin | Page 4 of 4
Date Rcvd: Jun 12, 2025 | Form ID: 155 | Total Noticed: 51

DENISE ELIZABETH CARLON
    on behalf of Creditor CMG Mortgage Inc. bkgroup@kmllawgroup.com

JOHN ERIC KISHBAUGH, I
    on behalf of Creditor CMG Mortgage Inc. ekishbaugh@kmllawgroup.com

JOSEPH L QUINN
    on behalf of Joint Debtor Meredith Haleen Conrad CourtNotices@rqplaw.com

JOSEPH L QUINN
    on behalf of Debtor William Vincent Conrad CourtNotices@rqplaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 155* (2/24)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   William Vincent Conrad | ) | Case No. 24−14564−pmm |
| | ) | |
| | ) | |
|   Meredith Haleen Conrad | ) | Chapter: 13 |
|   fka Meredith Haleen Specht | ) | |
|   Debtor(s). | ) | |

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: June 12, 2025

                                                                                                        For The Court

                                                                                                        Patricia M. Mayer
                                                                                                        Judge, United States Bankruptcy Court