**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  William Vincent Conrad and | : | Chapter 13 |
| Meredith Haleen Conrad, | : | |
| | : | |
| Debtors | : | Bky. No.:  24-14564-pmm |

**CERTIFICATION OF SERVICE**

I, Joseph Quinn, Esquire, attorney for Debtor, certify that on August 14, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Modified Plan

- Motion to Modify, Proposed Order

- Notice of Motion

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date:  August 14, 2025          By:    /s/ Joseph Quinn
                                        Joseph Quinn, Esquire
                                        Attorney I.D. No. 307467
                                        **ROSS, QUINN & PLOPPERT, P.C.**
                                        192 S. Hanover Street, Suite 101
                                        Pottstown, PA 19464
                                        T: 610.323.5300
                                        JQuinn@rqplaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

Denise Elizabeth Carlon, Esq.
bkgroup@kmllawgroup.com
Attorney on behalf of Creditor CMG Mortgage, Inc.
Via:    ☐ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

1

John Eric Kishbaugh, Esq.
ekishbaugh@kmllawgroup.com
Attorney on behalf of Creditor CMG Mortgage, Inc.
Via:    ☐ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
United States Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Scott F. Waterman, Esq.
USTPRegion03.PH.ECF@usdoj.gov
Chapter 13 Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Jasmine Ramirez, Auth. Agent
U.S. Department of Housing
and Urban Development
801 Market Street
Philadelphia PA 19107
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail:    ☐ e-mail:
        ☐ Other:

Rohan Pardeshi, Auth. Agent
Capital One Auto Finance,
a division of Capital One, N.A.,
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail:    ☐ e-mail:
        ☐ Other:

Rohan Pardeshi, Auth. Agent
Capital One N.A. by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail:    ☐ e-mail:
        ☐ Other:

2

Mehang Nayak, Auth. Agent
Capital One N.A. by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118
Creditor
Via:  ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail:   ☐ e-mail:
      ☐ Other:

Brandie McCann, Claims Processor
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
Creditor
Via:  ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail:   ☐ e-mail:
      ☐ Other:

Madison X. Dilger, Bankrutpcy Specialist
OneMain
PO Box 3251
Evansville, IN 47731-3251
Creditor
Via:  ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail:   ☐ e-mail:
      ☐ Other:

Kelly Rall, Loan Servicing Specialist
US Department of Education/MOHELA
633 Spirit Drive
Chesterfield, MO 63005
Creditor
Via:  ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail:   ☐ e-mail:
      ☐ Other:

Stephanie Sveum, Specialist I
US Dept of Education c/o Nelnet
121 S 13th Street
Lincoln, NE 68508
Creditor
Via:  ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail:   ☐ e-mail:
      ☐ Other:

Shelby Mashigian, Auth. Agent
JPMC c/o National Bankruptcy Services, LLC
PO Box 9013
Addison, TX 75001
Creditor
Via:  ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail:    ☐ e-mail:
☐ Other:

William Osborn, Auth. Agent
Quantum3 Group LLC as agent for CF Medical LLC
PO Box 788
Kirkland, WA 98083-0788
Creditor
Via:  ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail:    ☐ e-mail:
☐ Other:

Malinda Thompson, Bankruptcy Sr Specialist
Discover Bank
PO Box 3025
New Albany, OH 43054
Creditor
Via:  ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail:    ☐ e-mail:
☐ Other:

Wesley Stallard, Bankruptcy Specialist
Spring Oaks Capital SPV, LLC
PO Box 1216
Chesapeake, VA 23327-1216
Creditor
Via:  ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail:    ☐ e-mail:
☐ Other:

Jordan Morrison, Supervisor
Scolopax, LLC c/o Weinstein & Riley, P.S.
749 Gateway, Suite G-601
Abilene, TX 79602
Creditor
Via:  ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail:    ☐ e-mail:
☐ Other:

David Lamb, Claims Processor
PO Box 10587
Greenville, SC 29603-0587
Creditor
Via: ☐ CM/ECF ☒ 1ˢᵗ Class Mail ☐ Certified Mail: ☐ e-mail:
☐ Other:

Jordan Morrison, Supervisor
TD Bank USA, N.A. c/o Weinstein & Riley, P.S.
1415 Western Ave, Suite 700
Seattle, WA 98101
Creditor
Via: ☐ CM/ECF ☒ 1ˢᵗ Class Mail ☐ Certified Mail: ☐ e-mail:
☐ Other:

Ashley Vollmer, Bankruptcy Specialist
Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090
Creditor
Via: ☐ CM/ECF ☒ 1ˢᵗ Class Mail ☐ Certified Mail: ☐ e-mail:
☐ Other:

James Parker, Bankruptcy Representative
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541
Creditor
Via: ☐ CM/ECF ☒ 1ˢᵗ Class Mail ☐ Certified Mail: ☐ e-mail:
☐ Other:

Ebony Russell, Bankruptcy Representative
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541
Creditor
Via: ☐ CM/ECF ☒ 1ˢᵗ Class Mail ☐ Certified Mail: ☐ e-mail:
☐ Other:

5

Denise Carlon, Esq.
Cenlar FSB Attn BK Dept
425 Phillips Blvd
Ewing, NJ 08618
Attorney for Cenlar FSB
Via:   ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail:    ☐ e-mail:
       ☐ Other:

Taylor Johnson, Auth. Agent
Quantum3 Group LLC as agent for CF Medical LLC
PO Box 788
Kirkland, WA 98083-0788
Via:   ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail:    ☐ e-mail:
       ☐ Other:

AssetCare
Attn: Bankruptcy
3400 Texoma Parkway, Suite 300
Sherman, TX 75090
Creditor
Via:   ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail:    ☐ e-mail:
       ☐ Other:

Capio Partners, LLC
Attn: Bankruptcy
PO Box 3498
Sherman, TX 75091
Creditor
Via:   ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail:    ☐ e-mail:
       ☐ Other:

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130
Creditor
Via:   ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail:    ☐ e-mail:
       ☐ Other:

Empower Cash Advance
Attn: Bankruptcy
660 York St, Ste 102
San Francisco, CA 94110
Creditor
Via:     ☐ CM/ECF     ☒ 1st Class Mail     ☐ Certified Mail:     ☐ e-mail:
         ☐ Other:

Sunbit Financial
Attn: Bankruptcy
10880 Wilshire Blv Suite 870
Los Angeles, CA 90024
Creditor
Via:     ☐ CM/ECF     ☒ 1st Class Mail     ☐ Certified Mail:     ☐ e-mail:
         ☐ Other:

Synchrony Bank/Care Credit
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896
Creditor
Via:     ☐ CM/ECF     ☒ 1st Class Mail     ☐ Certified Mail:     ☐ e-mail:
         ☐ Other:

Target NB
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440
Creditor
Via:     ☐ CM/ECF     ☒ 1st Class Mail     ☐ Certified Mail:     ☐ e-mail:
         ☐ Other:

Tongo
401 Park Avenue
New York, NY 10016
Creditor
Via:     ☐ CM/ECF     ☒ 1st Class Mail     ☐ Certified Mail:     ☐ e-mail:
         ☐ Other:

Tucker Albin & Associates, Inc.
1702 Collins Blvd, Suite 100
Richardson, TX 75080
Attorney for Tongo
Via:     ☐ CM/ECF     ☒ 1st Class Mail     ☐ Certified Mail:     ☐ e-mail:
         ☐ Other: