UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: William Vincent Conrad and Meredith Haleen Conrad, | : : : | Chapter 13 |
| Debtors | : | Bky. No.: 24-14564-pmm |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for William Vincent Conrad and Meredith Haleen Conrad, Debtors in the above- captioned matter.

2. That a Motion to Approve a Mortgage Loan Modification by and between Debtors and CMG Mortgage, Inc. was filed with this Court on July 21, 2025.

3. That a copy of the Motion, Exhibits, and Notice of Motion was served upon parties-in-interest on July 21, 2025.

4. A certificate of service was filed with the Court on July 21, 2025 declaring timely service to the above-referenced parties.

5. A response deadline to the motion was set as August 11, 2025.

6. No response to said Motion has been received as of August 20, 2025.

Respectfully Submitted,

**ROSS, QUINN & PLOPPERT, P.C.**

By: /s/ Joseph L. Quinn,
Joseph L. Quinn,
Esquire Attorney for
Debtor
192 S Hanover Street, Suite 101
Pottstown, PA 19464
Ph: (610) 323-5300
F:  (610) 323-6081

Dated: August 20, 2025