THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  William Vincent Conrad and | : | Chapter 13 |
| Meredith Haleen Conrad, | : | |
| Debtors | : | No. : 24-14564-pmm |

## ORDER

AND NOW, after notice and opportunity for hearing, if any, it is hereby ORDERED that Debtors and CMG Mortgage, Inc. have permission by the Court to enter into the Mortgage Loan Modification Agreement between the parties.

**Date: August 21, 2025**

BY THE COURT:

_/s/ Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE