Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 24-14564-PMM**

William Vincent Conrad  
Meredith Haleen Conrad  
32 Park Road  
Reading PA 19609

Petition Filed Date: 12/23/2024  
341 Hearing Date: 01/28/2025  
Confirmation Date: 06/12/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2025 | $463.00 | | 03/05/2025 | $463.00 | | 04/01/2025 | $463.00 | |
| 05/15/2025 | $580.00 | | 06/12/2025 | $580.00 | | 07/11/2025 | $580.00 | |

**Total Receipts for the Period: $3,129.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,709.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,815.00 | $2,924.50 | $890.50 |
| 1 | US DEPARTMENT OF HUD »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $1,529.62 | $0.00 | $1,529.62 |
| 3 | CAPITAL ONE BANK (USA) NA »» 003 | Unsecured Creditors | $742.76 | $0.00 | $742.76 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $731.05 | $0.00 | $731.05 |
| 5 | ONE MAIN FINANCIAL GROUP LLC »» 005 | Unsecured Creditors | $13,720.63 | $0.00 | $13,720.63 |
| 6 | DEPARTMENT OF EDUCATION/MOHELA »» 006 | Unsecured Creditors | $9,747.96 | $0.00 | $9,747.96 |
| 7 | US DEPARTMENT OF EDUCATION »» 007 | Unsecured Creditors | $11,161.78 | $0.00 | $11,161.78 |
| 8 | CHASE BANK USA NA »» 008 | Unsecured Creditors | $6,757.68 | $0.00 | $6,757.68 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR »» 009 | Unsecured Creditors | $218.44 | $0.00 | $218.44 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR »» 010 | Unsecured Creditors | $351.30 | $0.00 | $351.30 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR »» 011 | Unsecured Creditors | $179.04 | $0.00 | $179.04 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR »» 012 | Unsecured Creditors | $574.68 | $0.00 | $574.68 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR »» 013 | Unsecured Creditors | $221.47 | $0.00 | $221.47 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR »» 014 | Unsecured Creditors | $606.28 | $0.00 | $606.28 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR »» 015 | Unsecured Creditors | $1,909.32 | $0.00 | $1,909.32 |

| # | Creditor | Class | Claim | Paid | Balance |
|---|---|---|---:|---:|---:|
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR »» 016 | Unsecured Creditors | $1,231.59 | $0.00 | $1,231.59 |
| 17 | DISCOVER BANK »» 017 | Unsecured Creditors | $3,305.50 | $0.00 | $3,305.50 |
| 18 | SPRING OAKS CAPITAL SPV LLC »» 018 | Unsecured Creditors | $684.62 | $0.00 | $684.62 |
| 19 | SCOLOPAX LLC »» 019 | Unsecured Creditors | $2,775.58 | $0.00 | $2,775.58 |
| 20 | TD BANK USA NA »» 020 | Unsecured Creditors | $1,556.93 | $0.00 | $1,556.93 |
| 21 | TD BANK USA NA »» 021 | Unsecured Creditors | $468.88 | $0.00 | $468.88 |
| 22 | CAPITAL ONE AUTO FINANCE »» 22S | Secured Creditors | $23,063.40 | $0.00 | $23,063.40 |
| 23 | CAPITAL ONE AUTO FINANCE »» 22U | Unsecured Creditors | $1,166.48 | $0.00 | $1,166.48 |
| 24 | RESURGENT RECEIVABLES, LLC »» 023 | Unsecured Creditors | $1,436.24 | $0.00 | $1,436.24 |
| 25 | MIDLAND CREDIT MANAGEMENT INC »» 024 | Unsecured Creditors | $1,297.64 | $0.00 | $1,297.64 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES »» 025 | Unsecured Creditors | $790.67 | $0.00 | $790.67 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES »» 026 | Unsecured Creditors | $849.46 | $0.00 | $849.46 |
| 28 | CENLAR FSB »» 027 | Mortgage Arrears | $4,017.98 | $0.00 | $4,017.98 |
| 29 | QUANTUM3 GROUP LLC AS AGENT FOR »» 028 | Unsecured Creditors | $762.37 | $0.00 | $762.37 |
| 30 | QUANTUM3 GROUP LLC AS AGENT FOR »» 029 | Unsecured Creditors | $1,183.21 | $0.00 | $1,183.21 |
| 31 | QUANTUM3 GROUP LLC AS AGENT FOR »» 030 | Unsecured Creditors | $494.87 | $0.00 | $494.87 |
| 32 | QUANTUM3 GROUP LLC AS AGENT FOR »» 031 | Unsecured Creditors | $262.30 | $0.00 | $262.30 |
| 33 | QUANTUM3 GROUP LLC AS AGENT FOR »» 032 | Unsecured Creditors | $406.42 | $0.00 | $406.42 |
| 34 | QUANTUM3 GROUP LLC AS AGENT FOR »» 033 | Unsecured Creditors | $203.99 | $0.00 | $203.99 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $1,350.00 | $0.00 | $1,350.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $3,709.00 | Current Monthly Payment: | $580.00 |
| Paid to Claims: | $2,924.50 | Arrearages: | $580.00 |
| Paid to Trustee: | $236.40 | Total Plan Base: | $34,449.00 |
| Funds on Hand: | $548.10 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.