THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: William Vincent Conrad and | : | Chapter 13 |
| Meredith Haleen Conrad, | : | |
| Debtors | : | Bankruptcy No.: 24-14564-pmm |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for William Vincent Conrad and Meredith Haleen Conrad, Debtors in the above-captioned matter.

2. That a motion to modify the plan was filed with the Court on August 14, 2025.

3. That a copy of the Motion, along with the proposed modified plan and Notice of Motion were served on parties in interest on August 14, 2025.

4. That a certificate of service was filed with the court on August 14, 2025 declaring timely service to the above-referenced parties.

5. A response to the Motion was due on or before September 4, 2025.

6. No response to said Motion has been received as of September 9, 2025.

          ROSS, QUINN & PLOPPERT, P.C.

BY:   */s/ Joseph Quinn*
        Joseph Quinn, Esquire
        Attorney I.D. No. 307467
        192 S. Hanover Street, Suite 101
        Pottstown, PA  19464
        T: (610) 323 - 5300
        F: (610) 323 - 6081

Date: September 9, 2025        JQuinn@rqplaw.com