**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  William Vincent Conrad and | : | Chapter 13 |
| Meredith Haleen Conrad, | : | |
| | : | |
| Debtors | : | Bky. No.:  24-14564-pmm |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW, upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 34), the "Motion";

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 40) is **approved**.

Date:  9/11/25

*Patricia M. Mayer*
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE