United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 24-14564-pmm
William Vincent Conrad   Chapter 13
Meredith Haleen Conrad
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 11, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + William Vincent Conrad, Meredith Haleen Conrad, 32 Park Road, Reading, PA 19609-1756 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor CMG Mortgage Inc. bkgroup@kmllawgroup.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor CMG Mortgage Inc. ekishbaugh@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Meredith Haleen Conrad CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Debtor William Vincent Conrad CourtNotices@rqplaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

United States Trustee

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Sep 11, 2025 | Form ID: pdf900 | Total Noticed: 1

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  William Vincent Conrad and | : | Chapter 13 |
| Meredith Haleen Conrad, | : | |
| | : | |
| Debtors | : | Bky. No.:  24-14564-pmm |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW, upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 34), the "Motion";

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 40) is **approved**.

Date:  9/11/25

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE