THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  William Vincent Conrad and        :        Chapter 13
        Meredith Haleen Conrad,        :
               Debtors        :        No. : 24-14564-pmm

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for William Vincent Conrad and Meredith Haleen Conrad, debtors in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on September 26, 2025 along with the Notice of Application and Certificate of Service were timely served on parties in interest on September 26, 2025.

3. A response deadline to the application was due on or before October 17, 2025.

4. As of October 21, 2025, no response to said Application has been received.

                            **ROSS, QUINN & PLOPPERT, P.C.**

                            By: */s/ Joseph L. Quinn*
                                Joseph L. Quinn, Esquire
                                Attorney for Debtor
                                Attorney I.D. No. 307467
                                192 S. Hanover Street, Suite 101
                                Pottstown, PA 19464
                                Ph: (610) 323-5300

Dated: October 21, 2025