**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Meredith Haleen Conrad f/k/a Meredith Haleen Specht | CHAPTER 13 |
|       William Vincent Conrad | |
|            Debtor(s) | |
| | |
| CMG Mortgage, Inc. | |
|          Movant | NO. 24-14564 PMM |
|       vs. | |
| | |
| Meredith Haleen Conrad f/k/a Meredith Haleen Specht | |
| William Vincent Conrad | |
|          Debtor(s) | 11 U.S.C. Sections 362 |
| | |
| Scott F. Waterman | |
|         Trustee | |

## <u>ORDER</u>

AND NOW, this 6th day of August , 2026 at Reading, PA, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on May 19, 2026 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge.