United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 24-14564-pmm
William Vincent Conrad Chapter 13
Meredith Haleen Conrad
Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 2
Date Rcvd: Aug 06, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Vincent Conrad, Meredith Haleen Conrad, 32 Park Road, Reading, PA 19609-1756 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor CMG Mortgage Inc. ekishbaugh@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Meredith Haleen Conrad CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Debtor William Vincent Conrad CourtNotices@rqplaw.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor CMG Mortgage Inc. msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor CMG Mortgage Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | |

| | |
|---|---|
| | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Meredith Haleen Conrad f/k/a Meredith Haleen Specht<br>William Vincent Conrad<br>Debtor(s) | CHAPTER 13 |
| CMG Mortgage, Inc.<br>Movant<br>vs. | NO. 24-14564 PMM |
| Meredith Haleen Conrad f/k/a Meredith Haleen Specht<br>William Vincent Conrad<br>Debtor(s) | 11 U.S.C. Sections 362 |
| Scott F. Waterman<br>Trustee | |

**ORDER**

AND NOW, this 6th day of August, 2026 at Reading, PA, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on May 19, 2026 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

Patricia M. Mayer

Hon. Patricia M. Mayer
United States Bankruptcy Judge.