Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

William Vincent Conrad
Meredith Haleen Conrad
32 Park Road
Reading, PA 19609

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-14564-PMM**

Petition Filed Date: 12/23/2024
341 Hearing Date: 01/28/2025
Confirmation Date: 06/12/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/20/2025 | $580.00 | | 10/03/2025 | $535.00 | | 11/14/2025 | $535.00 | |
| 12/29/2025 | $535.00 | | 01/22/2026 | $535.00 | | 01/30/2026 | $535.00 | |
| 03/04/2026 | $535.00 | | 04/15/2026 | $535.00 | | 06/17/2026 | $1,070.00 | |
| 07/10/2026 | $535.00 | | | | | | | |

**Total Receipts for the Period: $5,930.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $9,594.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,815.00 | $3,815.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $1,529.62 | $0.00 | $1,529.62 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $742.76 | $0.00 | $742.76 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $731.05 | $0.00 | $731.05 |
| 5 | ONEMAIN FINANCIAL GROUP LLC<br>»» 005 | Unsecured Creditors | $13,720.63 | $0.00 | $13,720.63 |
| 6 | DEPARTMENT OF EDUCATION/MOHELA<br>»» 006 | Unsecured Creditors | $9,747.96 | $0.00 | $9,747.96 |
| 7 | US DEPARTMENT OF EDUCATION<br>»» 007 | Unsecured Creditors | $11,161.78 | $0.00 | $11,161.78 |
| 8 | JP MORGAN CHASE BANK NA<br>»» 008 | Unsecured Creditors | $6,757.68 | $0.00 | $6,757.68 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 009 | Unsecured Creditors | $218.44 | $0.00 | $218.44 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 010 | Unsecured Creditors | $351.30 | $0.00 | $351.30 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 011 | Unsecured Creditors | $179.04 | $0.00 | $179.04 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 012 | Unsecured Creditors | $574.68 | $0.00 | $574.68 |

**Chapter 13 Case No. 24-14564-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 013 | Unsecured Creditors | $221.47 | $0.00 | $221.47 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 014 | Unsecured Creditors | $606.28 | $0.00 | $606.28 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 015 | Unsecured Creditors | $1,909.32 | $0.00 | $1,909.32 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 016 | Unsecured Creditors | $1,231.59 | $0.00 | $1,231.59 |
| 17 | DISCOVER BANK<br>»» 017 | Unsecured Creditors | $3,305.50 | $0.00 | $3,305.50 |
| 18 | SPRING OAKS CAPITAL SPV LLC<br>»» 018 | Unsecured Creditors | $684.62 | $0.00 | $684.62 |
| 19 | SCOLOPAX LLC<br>»» 019 | Unsecured Creditors | $2,775.58 | $0.00 | $2,775.58 |
| 20 | TD BANK USA NA<br>»» 020 | Unsecured Creditors | $1,556.93 | $0.00 | $1,556.93 |
| 21 | TD BANK USA NA<br>»» 021 | Unsecured Creditors | $468.88 | $0.00 | $468.88 |
| 22 | CAPITAL ONE AUTO FINANCE<br>»» 22S | Secured Creditors | $23,063.40 | $3,739.41 | $19,323.99 |
| 23 | CAPITAL ONE AUTO FINANCE<br>»» 22U | Unsecured Creditors | $1,166.48 | $0.00 | $1,166.48 |
| 24 | RESURGENT RECEIVABLES, LLC<br>»» 023 | Unsecured Creditors | $1,436.24 | $0.00 | $1,436.24 |
| 25 | MIDLAND CREDIT MANAGEMENT INC<br>»» 024 | Unsecured Creditors | $1,297.64 | $0.00 | $1,297.64 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 025 | Unsecured Creditors | $790.67 | $0.00 | $790.67 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 026 | Unsecured Creditors | $849.46 | $0.00 | $849.46 |
| 28 | CENLAR FSB<br>»» 027 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 028 | Unsecured Creditors | $762.37 | $0.00 | $762.37 |
| 30 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 029 | Unsecured Creditors | $1,183.21 | $0.00 | $1,183.21 |
| 31 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 030 | Unsecured Creditors | $494.87 | $0.00 | $494.87 |
| 32 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 031 | Unsecured Creditors | $262.30 | $0.00 | $262.30 |
| 33 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 032 | Unsecured Creditors | $406.42 | $0.00 | $406.42 |
| 34 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 033 | Unsecured Creditors | $203.99 | $0.00 | $203.99 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $1,350.00 | $1,350.00 | $0.00 |

**Chapter 13 Case No. 24-14564-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,594.00 | Current Monthly Payment: | $535.00 |
| Paid to Claims: | $8,904.41 | Arrearages: | $535.00 |
| Paid to Trustee: | $689.59 | Total Plan Base: | $31,529.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.